No. 81–616. GEDEON v. GEDEON, AKA ROSE. Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question.

No. 81–134. POWELL v. POWELL. Ct. App. Cal., 3d App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McCarty* v. *McCarty*, 453 U. S. 210 (1981).

No. A–362. KENTUCKY ASSOCIATION FOR RETARDED CITIZENS, INC., ET AL. v. CONN, SECRETARY, KENTUCKY DEPARTMENT FOR HUMAN RESOURCES, ET AL. Application for stay of the order of the United States Court of Appeals for the Sixth Circuit, case No. 80–3560, entered October 8, 1981, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. A–392. CANTRELL ET AL. v. FLORIDA. Sup. Ct. Fla. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–414. COLEMAN v. MONTANA. Application for stay of execution and enforcement of the sentence of death, addressed to JUSTICE MARSHALL and referred to the Court, denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS would grant the application. JUSTICE POWELL took no part in the consideration or decision of this application.

No. 80–1640. UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. v. SHOLLY ET AL.; and

No. 80–1656. METROPOLITAN EDISON CO. ET AL. v. PEOPLE AGAINST NUCLEAR ENERGY ET AL. C. A. D. C. Cir. [Certiorari granted, 451 U. S. 1016.] Motion of petitioners to defer oral argument granted.